IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARREN MICHAELS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BAJ ALEXANDRA and UNITED )<br>STATES OF AMERICA, INC. )<br>)<br>Defendants. )<br>) | Civil Action No. 12-219E |

## MEMORANDUM ORDER

Pending before the Court is Plaintiff's "Motion to Compel Production of Unaltered Documents" [ECF #28].

At this stage in the proceedings, where the discovery period has not yet commenced, Defendants do not have any duty to turn over any documentation to Plaintiff. See Fed.R.Civ.P. 26. Accordingly, Plaintiff's Motion shall be denied as being premature.

AND NOW, this 11th day of July, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Compel Production of Unaltered Documents [ECF #28] is DENIED without prejudice as premature.

Maurice B. Cohill, Jr.
Senior District Court Judge