IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARREN MICHAELS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. 12-219E ) |
| BAJ ALEXANDRA and UNITED STATES OF AMERICA, INC. | ) ) ) |
| Defendants. | ) ) ) |

## MEMORANDUM ORDER

Pending before the Court is Defendants' "Motion for Injunction Pursuant to 28 U.S.C. §1651(a)," wherein they request "that this Court enjoin Plaintiff from filing further papers in conjunction with this matter without first seeking leave to do so." Motion, ¶ 14.

The Court takes requests for a party to be precluded from freely filing documents in a legal matter very seriously. However, given that the issues in this matter have been fully briefed and that Plaintiff continues to file documents in which he treats himself as the "Court of Record," even going as far as to stamp on one of this Court's Memorandum Orders "IMPEACHED AND RESCINDED ORDER," see ECF Doc. #47, we will grant Defendants' Motion for Injunction Pursuant to 28 U.S.C. § 1651(a).

AND NOW, this 11th day of July, 2013, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendants' Motion for Injunction Pursuant to 28 U.S.C. §1651(a) is GRANTED and that Plaintiff is hereby enjoined from any further filing in this matter without first seeking leave of Court to do so.

Maurice B. Cohill, Jr.
Senior District Court Judge